UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   – v. –

LE VAN HUNG,
  a/k/a "Hung Van Le,"
  a/k/a "Van Hung Le,"

              Defendant.

**Unsealing Order**

**S1 24 Cr. 322 (VM)**

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Emily Deininger, Rebecca T. Dell, and Jane Kim;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
           November 15, 2024

                                      HONORABLE ONA T. WANG
                                      UNITED STATES MAGISTRATE JUDGE
                                      SOUTHERN DISTRICT OF NEW YORK