

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2024

**BY HAND**

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Le Van Hung*, S1 24 Cr. 322

Dear Judge Willis:

On or about May 23, 2024, Le Van Hung, a/k/a "Hung Van Le," a/k/a "Van Hung Le," was charged in the above-referenced sealed indictment, and a warrant was issued for his arrest. The Government is hereby writing to request that Your Honor enter a limited unsealing order that would permit the Government to disclose the Indictment and arrest warrant, as listed below, to others within the United States Government as well as foreign authorities for the purpose of enabling us to locate and apprehend the defendant, bring him to the United States, and further the existing prosecution and investigation.

Indictment S1 24 Cr. 322, *United States v. Le Van Hang*
Arrest warrant for Le Van Hung, a/k/a "Hung Van Le," a/k/a "Van Hung Le"

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *[signature]*

Emily Deininger
Assistant United States Attorney
(212) 637-2472

SO ORDERED:
Dated: May 23, 2024

*[signature]*

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York