UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     -against-

WEIDONG GUAN and LE VAN HUNG,

          *Defendants.*

No. 24 Cr. 322 (VM)

**NOTICE OF
APPEARANCE**

To the Clerk of this Court and all parties of record:

     I respectfully enter my appearance as counsel in this case on behalf of Defendant LE

VAN HUNG a/k/a HUNG VAN LE.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
       December 9, 2024

_____
     Daniel F. Wachtell

Law Office of Daniel F. Wachtell
90 Broad Street, 23rd Floor
New York, New York 10004
917-667-6954
dan@danwachtell.com