UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

WEIDONG GUAN and LE VAN HUNG,

*Defendants.*

No. 24-cr-322 (VM)

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this case for Defendant Le Van Hung as co-counsel to Daniel F. Wachtell of the Law Office of Daniel F. Wachtell, 90 Broad Street, 23rd Floor, New York, NY 10004. I certify that I am admitted to practice in this Court.

Dated: December 16, 2024
New York, New York

Respectfully submitted,

*/s/ Michael Bloch*

Michael L. Bloch

BLOCH & WHITE LLP
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 901-3820
mbloch@blochwhite.com

*Counsel for Le Van Hung*