**BLOCH & WHITE LLP**

152 WEST 57TH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10019
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (646) 780-3052
DIRECT E-MAIL: LKAMDANG@BLOCHWHITE.COM

December 30, 2024

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

  Re: *United States v. Guan et al.* 24-CR-322 (VM)

Dear Magistrate Judge Parker:

  We write to update the Court regarding the status of the application for a Vietnamese interpreter to be cleared for legal visits with our client, Le Van Hung, at the Metropolitan Detention Center ("MDC"). On December 20, 2024, the MDC informed us that a court-certified Vietnamese interpreter has been approved to enter the facility to assist defense counsel. At the bail hearing held on December 19, 2024, the Court scheduled a control date of January 21, 2025 to address Mr. Le's access to counsel with an interpreter.

  Given that an interpreter has now been cleared to assist counsel at the MDC, we respectfully request that the Court vacate that January 21, 2025 control date. We have conferred with the government regarding this matter, and they join in this request.

              Sincerely,
              /S/ Len H. Kamdang_____
              By: Len H. Kamdang

| **Law Office of Daniel F. Wachtell** | **Bloch & White LLP** |
|---|---|
| Daniel F. Wachtell | Michael L. Bloch |
| 90 Broad Street, 23rd Fl. | Len H. Kamdang |
| New York, NY 10004 | 152 W. 57th Street, 8th Floor |
| Attorney for Le Van Hung | New York, NY 10019 |
| | Attorneys for Le Van Hung |

Copies to:
Government counsel of record (via ECF)