

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2025

**BY CM/ECF**
The Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2025
```

Re:   *United States v. Le Van Hung*, S1 24 Cr. 322 (VM)

Dear Judge Marrero:

    The Government writes to respectfully request that the Court promptly schedule a conference to address the defendant's request to retain new counsel. On February 20, 2025, the defendant informed the Court that he intends to retain new counsel and asked the Court to schedule "any change-of-counsel hearing at least two weeks from" the date the letter was filed. Today, counsel for the defendant informed the Government that the defendant needs another two weeks to make a decision about new counsel.

    Given the October 6, 2025 trial date, and the need to schedule a pre-trial motions calendar in this case, the Government respectfully requests that the Court schedule a change-of-counsel proceeding no later than two weeks from today.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:   /s/ Rebecca T. Dell
Emily Deininger
Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2472 / -2198

cc: All Counsel (ECF)

> The change-of-counsel hearing is hereby scheduled for March 28, 2025 at 2:00 PM. The parties are directed to notify the Court at least one week before the hearing if additional time is needed for Defendant to seek new counsel.

SO ORDERED.
3/5/2025
DATE
VICTOR MARRERO, U.S.D.J.