```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          - against –

WEIDONG GUAN and LEE VAN HUNG,

                  Defendants.

24 Cr. 322 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Lee Van Hung's change of counsel hearing scheduled for March 28, 2025, at 2:00 PM will be converted to a status conference for all parties in this action to discuss scheduling matters. The status conference remains scheduled for March 28, 2025 at 2:00 PM.

**SO ORDERED.**

Dated:    24 March 2025
              New York, New York

                                              _____
                                                  Victor Marrero
                                                    U.S.D.J.