```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

WEIDONG GUAN and LEE VAN HUNG

                  Defendants.

**24 Cr. 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The conference scheduled for March 28, 2025, will take place in Courtroom **24B** at 500 Pearl Street, New York, NY 10007, at 2:00 PM.

**SO ORDERED.**

Dated:    27 March 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.