```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

WEIDONG "BILL" GUAN and LE VAN HUNG,

Defendants.

24 Cr. 322(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court will hold a scheduling conference on June 20, 2025, at 1:00 PM, in Courtroom 15B in the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, NY 10007. During the conference, the Court plans on discussing the scheduling issues raised in recent letters filed by the parties. (See Dkt. Nos. 60, 61, 62.)

**SO ORDERED.**

Dated:   16 June 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.