

Timothy C. Parlatore, Esq.
Managing Partner
timothy.parlatore@parlatorelawgroup.com
Direct: 212-679-6312

September 5, 2025

Via ECF

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2025
```

Re: *United States v. Weidong Guan, et al.*, 24 Cr. 322 (VM)

Dear Judge Marrero:

I represent Defendant Le Van Hung in the above-referenced matter and write to respectfully request a forty-five (45) day extension of all dates in the current briefing schedule for Rule 12 motions, which was endorsed by the Court on June 26, 2025 (Dkt. No. 65). This request is made for good cause and will not affect the trial date currently scheduled for February 2, 2026. This is Defendant Hung's first request for an extension or adjournment in this matter.

This firm was recently retained and substituted as counsel for Mr. Hung. As new counsel, we are diligently working to get up to speed on the voluminous record in this matter. Our review has been substantially impeded, however, by significant formatting issues with the discovery materials produced by the Government. These technical problems have, to date, prevented us from conducting a substantive review of the evidence. We have retained an e-discovery vendor to assist in resolving these issues and anticipate that the materials will be accessible in a usable format by next week. A 45-day extension is therefore necessary to provide new counsel with an adequate opportunity to review the discovery, conduct the necessary legal research, and prepare and file any appropriate pretrial motions on behalf of Mr. Hung.

Accordingly, we respectfully propose the following **Revised Rule 12 Motions Briefing Schedule:**

- **Defendants' motions:** October 22, 2025 (45 days from September 8, 2025)

- **Government's opposition:** December 6, 2025 (45 days from October 22, 2025)

- **Defendants' reply (if any):** December 20, 2025 (14 days from December 6, 2025)

Licensed to Practice by the States of New York and New Jersey
U.S. District Courts in New York, New Jersey, Connecticut, Pennsylvania, Texas, and the District of Columbia
Parlatore Law Group is a nationwide cloud-based firm. Please send all correspondence electronically.
If physical mail is required, please use the central mailing address below.

www.parlatorelawgroup.com  1440 N Edgewood St, Arlington VA 22201 

      I have conferred with counsel for the other parties regarding this request. Counsel for co-defendant Weidong Guan, Kevin R. Puvalowski, Esq., consents to this application. The Government consents to a thirty (30) day extension but does not consent to the full forty-five (45) day extension requested.

      This modest extension is warranted in light of the substitution of counsel and the technical discovery issues, and it will serve the interests of justice by allowing for the full and fair preparation of pretrial motions without impacting the scheduled trial date.

      Thank you for your Honor's consideration of this request.

                                    Respectfully submitted,

                                    Timothy C. Parlatore

cc: All Counsel (Via ECF)

---

The Court GRANTS a 30-day extension of all dates in the current briefing schedule for Rule 12 motions.

**SO ORDERED.**

Dated: September 10, 2025
       New York, New York

                                    Victor Marrero
                                    U.S.D.J.