# ANDERSON KILL P.C.

Attorneys and Counselors at Law

7 TIMES SQUARE, 15TH FLOOR ■ NEW YORK, NY 10036
TEL: 212-278-1000 ■ FAX: 212-278-1733
www.AndersonKill.com

Samuel M. Braverman, Esq.
SBraverman@AndersonKill.com
Tel. 212-278-1008

September 15, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025
```

        Re:    *United States v. Le Van Hung*
        Dkt.:  24 Cr 322 (VM)

<u>BY EMAIL and via ECF</u>
Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Marrero:

    I am counsel of record, with my colleague Jeremy Shockett, for defendant Le Van Hung in the above referenced matter. Mr. Hung has again changed his counsel, and his family has hired Timothy Parlatore, Esq., Parlatore Law Group, as his new counsel. Mr. Parlatore has filed his notice of appearance in this matter. [ECF Entry 68]. I have spoken with Mr. Parlatore and given him the "lay of the land" in this matter, including the motion and trial schedule. I have transferred my case file to him and will remain available to him for any questions that he may have going forward.

    Therefore, with the consent of my client, I request that my fellow partner Jeremy Shockett and I be relieved as counsel for defendant Hung. I have spoken with AUSA Rebecca Dell about this change of counsel and the government takes no position on this request.

                                                      Respectfully submitted,
                                                      *Sam Braverman*
                                                      Anderson Kill, P.C.
                                                      Attorneys for Defendant Le Van Hung

Cc: All Parties by ECF



Request **GRANTED**.

SO ORDERED.

9/15/2025
DATE             VICTOR MARRERO, U.S.D.J.