```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

WEIDONG GUAN, et al.,

                Defendants.

**24 CR 322 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

     The trial scheduled to begin on February 2, 2026, in the above-captioned matter is hereby adjourned to May 11, 2026.

**SO ORDERED.**

Dated:    23 October 2025
            New York, New York

                                            Victor Marrero
                                                  U.S.D.J.