```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

WEIDONG GUAN, et al.,

                Defendants.

**24 CR 322 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court is in receipt of the parties' submissions regarding the deadlines for pretrial disclosures and filings, as well as deadlines during trial in the above-captioned matter. (See Dkt. Nos. 111, 114.) As noted below, the Court schedules a final pretrial conference on May 1, 2026, at 12 PM. After consideration of both parties' submissions, the Court additionally sets the following deadlines:

1. Government's expert notice: March 12, 2026
2. Defendants' expert notice: March 26, 2026
3. Government's Rule 404(b) notice: April 6, 2026
4. Defendants' notice of any affirmative defenses: April 13, 2026
5. Motions *in limine*: April 13, 2026
6. Responses to motions *in limine*: April 21, 2026
7. Replies supporting motions *in limine*: April 24, 2026
8. Final pretrial conference: May 1, 2026, at 12 PM

9. Government's witness list for case-in-chief (along with proffers of witness testimony if not adequately set forth in 3500 material or otherwise): April 20, 2026

10. Government's exhibit list for case-in-chief: March 30, 2026

11. Defendants' non-impeachment exhibits to be introduced during the Government's case-in-chief: April 27, 2026, subject to good-faith revision

12. Voir dire: April 13, 2026

13. Requests to charge: April 13, 2026

14. Any visuals or slides to be used in opening statements: 24 hours before anticipated opening

15. Party's anticipated witnesses and exhibits to be offered in connection with each witness's direct testimony in the Government's case-in-chief, or defense case, if any: After the trial day at least 2 calendar days before each witness is reasonably expected to start to testify (subject to good-faith revision)

16. Opposing party's objections to those exhibits: Up to 24 hours after notice

17. Opposing party's non-impeachment exhibits to be offered in connection with that witness's testimony: Up to 24 hours after notice, subject to good-faith revision

18. Defense exhibits to be used in defense case; defense witness list; defense Rule 26.2 material; and proffers of defense witness testimony if not adequately set forth in Rule 26.2 material or otherwise: At least 5 days before the anticipated start of the defendants' case, even if the defendant has not firmly decided whether or not to put on a case, subject to good-faith revision, but in no event before the parties' opening statements
19. Responses from Rule 17(c) subpoenas, if any: Promptly after receipt, except if otherwise ordered by the Court for good cause shown

**SO ORDERED.**

Dated:   2 March 2026
         New York, New York

_____
Victor Marrero
U.S.D.J.