USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

WEIDONG GUAN, et al.,

Defendants.

---

**24 CR 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules a conference in the above-captioned matter on May 8, 2026, at 12:00 PM. Defense counsel waives the appearances of defendants Weidong Guan and Le Van Hung.

**SO ORDERED.**

Dated:      29 April 2026
            New York, New York

_____
Victor Marrero
U.S.D.J.