USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/5/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

　　　　　　- against -

WEIDONG GUAN, et al.,

　　　　　　　　Defendants.

---

**24 CR 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the letter filed by the Government concerning the status of stipulations. (Dkt. No. 138.) The Court is also in receipt of the letter response filed by Defendant Le Van Hung. (Dkt. No. 140.) Defendant Weidong Guan is hereby directed to respond to the Government's letter within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:　　5 June 2026
　　　　　New York, New York

　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　U.S.D.J.

1