# Exhibit C

**Disclosure as to Expert Witness James B. Shanahan**

March 26, 2026

Defendant Weidong "Bill" Guan expects to call James B. Shanahan as a witness in his defense case. To the extent that Mr. Shanahan's testimony comprises expert testimony, the following statement and the exhibits thereto provide notice pursuant to Rule 16(b)(1)(C)(iii) of the Federal Rules of Criminal Procedure.

### I. ASSIGNMENT

I have been asked to provide opinions relating to chargebacks within the credit and debit card industry generally and specifically as related to the chargebacks incurred by companies with which Weidong Guan, a/k/a "Bill Guan" was associated. I have been provided with documents to review to assist in the development of my opinions. Those documents include statements for the merchant accounts that are listed in Exhibit A. My opinions are based on my industry knowledge based on my experience and training, the documents and information cited herein, and general research of documents available online.

### II. QUALIFICATIONS

I have 48 years of experience in the card and payment industry. I have been a leader in the payments industry as consultant, entrepreneur, and executive, with expertise in numerous aspects of the prepaid debit card industry. My CV is attached in Exhibit B.

I have extensive consulting experience within the payment industry serving national card networks, credit, debit, and prepaid card issuers, merchant acquirers, ATM networks, processors and equipment vendors. I have provided a wide range of consulting services including strategic planning, marketing, new product development, mergers and acquisitions, vendor selection, customer service, and processing support. Since 2018, I have been affiliated with PayGility, a management consulting firm that provides a broad range of advisory services to the payment and fintech industries. From 2012-2013, I was Managing Director of Market Platform Dynamics, a leading consulting firm that helps companies find, ignite, and monetize innovation. From 1991-2001, I was the Managing Partner of Business Dynamics Consulting where I was responsible for the completion of over 200 consulting projects for over 100 clients in 15 countries and served as the card Subject Matter Expert for IBM's Global Business Services consulting division. I also have consulting experience as a sole proprietor since 2003, where I have provided a wide range of consulting services to both providers and purchasers of payment products, with a particular emphasis on prepaid cards.

I also have considerable experience as an entrepreneur including two start-ups in the prepaid debit card industry. From 2001 to 2003, I was the Founder and CEO of Card Alliance Network Company, a processor of credit, debit and prepaid cards in China. From 2004-2006 I was Senior Vice President of Quantum Loyalty Systems a program manager of

corporate-funded, private-label prepaid rewards cards. From 2006 to 2011, I was the Founder and CEO of Maverick Network Solutions, a PCI-DSS Level II certified payment processor and Program Manager issuing network branded prepaid cards that are processed on the Visa and MasterCard networks. In 2011, Maverick was acquired by Fiserv, a Fortune 500 financial technology company. From 2013 to 2018, I was the Founder and CEO of Prepaidian, Inc., a provider of General Purpose Reloadable prepaid debit cards issued on the Visa network where I was directly involved in every aspect of the business.

I previously held senior management positions while working for several industry leaders in the card and payment industry. I was Senior Vice President and General Manager with Bank of America, formerly MBNA, from 1988 to 1991, where I was a member of the Executive Committee and had P&L responsibility for five product lines including Merchant Acquiring, Business Cards, Deposits, Fee Services and Insurance. From 1986 to 1988, I was Senior Vice President of Marketing for MasterCard International, where I was responsible for all MasterCard credit products and managing five departments including Merchant Acquiring, New Product Development, Co-branding, Card Promotions and Card Services. I worked for JPMorgan Chase, formerly Chemical Bank, from 1983 to 1986, where I was Vice President of New Product Development for the Retail Branch division, and American Express, from 1977 to 1983, where I was Director of New Products Development and worked in a variety of positions within the Card Marketing Department.

Throughout my career I have been directly and indirectly involved in the chargebacks that routinely occur in the card and payment industry. While at Mastercard and responsible for Merchant Relations, I monitored chargeback statistics and streamlined the procedure for banks to process change backs by reducing the number of representments of chargebacks from seven to two representments. While at Bank of America, formerly MBNA America, I was responsible for the merchant acquiring business which included processing chargebacks for over 20,000 merchants. While I was the Chief Executive Officer of Maverick Network Solutions and Prepaidian that provided network branded prepaid debit cards to individuals, I oversaw the processing of chargebacks initiated by cardholders.

In the last four years I served as an Expert Witness in the case of Paula Sparkman v. Comerica bank and Conduent State & Local Solutions, Inc., United States District Court, Eastern District of California – Sacramento Division, Case No. 2:24-VC-01206-DJC-DMC, where I provided an expert report and testimony in a deposition.

I was previously on the Board of Directors of NYPAY, the premier professional association for payment executives in New York. I previously served on the Board of Directors of the American Marketing Association (AMA). At the AMA, I was Chairman of the AMA's Services Marketing Division and established and managed MasterCard International's Commercial Card and Merchant Acquiring Committees. I had a TS (Top Secret) level national security clearance and have advised intelligence organizations on matters of national security and counterterrorism related to cards and electronic based payments.

I earned a BA in Psychology from the University of Notre Dame and an MBA in Finance and Marketing from the Columbia University Graduate School of Business.

### III. Chargebacks in the Payment Industry

#### A. Chargeback Defined

A chargeback is when a card issuer informs a merchant that a purchase made by a cardholder qualifies as a chargeback according to rules established by card networks and government regulations. The purchase amount is then "charged back" to the merchant and deducted from the merchant's bank account. If a chargeback is successful, the cardholder receives a credit for the amount of the purchase, and the merchant does not receive payment for the goods or services provided. If a chargeback is unsuccessful, the cardholder is responsible for payment of the amount of the purchase to the card issuer and the merchant receive payment for the goods or services provided.

Chargebacks are incurred by virtually all merchants and are considered to be a cost of doing business by merchants and banks. For that reason, card issuing banks and merchant acquiring banks have departments and specially designed software to help manage the chargeback process to minimize costs and protect cardholders from inaccurate or charges.

#### B. Reasons for a Chargeback

There are four major categories of reasons why a purchase transaction may be charged back to the merchant by the card issuer: fraud, authorization, cardholder dispute, processing error.

1. Fraud – where there is unauthorized use due to lost or stolen card or "friendly fraud" committed by a cardholder;
2. Authorization – where the merchant does not obtain proper authorization of purchase;
3. Cardholder Dispute – where the cardholder claims non-receipt or unresolved complaint regarding goods or services; and
4. Processing Error – where there is merchant error in transmitting the purchase transaction data to the card issuer through the card network.

Within these major categories there are many specific reasons for a chargeback, each of which is defined by a code determined by the card network. For example, Mastercard has over 20 specific reasons for a chargeback, all of which fit into one of the four main categories.

### C. Chargeback Participants

The chargeback process is usually initiated by a cardholder and typically involves four major types of organizations:

1. Issuing Bank – the financial institution that issues a credit, debit or prepaid card to a cardholder and provides payment to a merchant acquirer or card purchases.
2. Acquiring Bank – the financial institution that enables a merchant to accept a card for payment and provides payment to a merchant for purchases of by a cardholder.
3. Merchant – the entity that authorizes a cardholder purchase as payment for providing goods or services.
4. Card Network – intermediary organizations such as Visa, Mastercard, and American Express that facilitate the chargeback process by enabling indirect interaction between the cardholder and the merchant, and in the case of Visa and Mastercard, between the issuing bank and the acquiring bank. Card networks define chargeback regulations and facilitate the movement of funds between cardholder and the merchant, and in the case of Visa and Mastercard, between the issuing bank and the acquiring bank.

### D. Chargeback Process

A cardholder usually has 120 days from the purchase transaction to file a chargeback. Most chargebacks are resolved withing 90 days of filing but can take much longer if either the issuing bank or acquiring bank chooses to file an arbitration request. There are multiple steps involving the cardholders and the four other participants in processing chargebacks. A high-level description of the major steps is as follows:

1. The cardholder disputes a charge on their card statement by contacting the card issuing bank.
2. The card issuing bank determines if the reason for the dispute is allowable, and if so, issues a provisional credit to the cardholder, identifies the reason code for the chargeback, transmits the chargeback through the card network, and initiates an investigation.
3. The acquiring bank debits the merchant account for the value of the disputed purchase and sends information regarding the disputed purchase to the merchant.
4. If the merchant accepts the chargeback the matter is settled, and no further action is required.
5. If the merchant does not accept the chargeback, they re-present the chargeback to the issuer through the card network by submitting evidence that the purchase was valid.
6. If the card issuer concludes that the evidence provided establishes the purchase was valid, they issue a reversal, transmit the funds back to the merchant through the card network and cancel the cardholder's provisional credit.

4

7. If the card issue concludes that the evidence provided does not invalidate the basis for the chargeback, the merchant permanently loses the funds, and the cardholder receives final credit.
8. If the card issuer disagrees with the resolution of the chargeback, they may choose to file a pre-arbitration case back to the acquiring bank to reverse the decision.
9. The card issuer or merchant may then choose to file a formal request for arbitration through card network who reviews the dispute file and issues a final decision either in favor of the card issuer, or the merchant and their merchant acquirer.

### E. Chargeback Measurements

Card networks define various measurements and thresholds to determine the level of chargebacks that may be in violation of network standards. The measurements and thresholds are complex, differ from one card network to another and change from time to time. An example of a chargeback measurement is the ratio of total chargeback transactions in a month to the number of purchase transactions in the same month, expressed as a percentage. An example of a common threshold is when the number of chargeback transactions exceed 1.0% of the number of purchase transactions. For purposes of illustration, if there are 1,000 purchase transactions in a month, and there are 10 chargebacks, the ratio of chargebacks to spending for that month is 1.00% (10 divided by 1,000).

The length of time between the initial purchase and the chargeback creates a lag effect which can result in misleading conclusions regarding chargebacks measurements used by card networks to determine in the measurements of chargebacks in a given month. For example, if there were 10,000 purchase transactions of spending and 200 in chargebacks in June of a given year, the chargeback measurement would be 2.0% (200 divided by 10,000). But since some or all the chargebacks in June may be from spending which occurred in April or May, comparing the chargebacks in June to the spending in June would artificially increase the true ratio of chargebacks to purchase transactions if the spending were significantly higher in April or May. Conversely, it would artificially decrease the true ratio of chargebacks to purchase transactions if the spending were significantly less in April and May. This type of misleading measurement of chargeback activity occurs most often when there is a significant variation in monthly spending. For this reason, it is usually more accurate to measure chargeback activity by including spending and chargebacks over a period instead of just in one month.

### E. Frequency of Chargebacks

Chargebacks are commonplace within the card industry. There were an estimated 261 million chargebacks globally in 2026 with an estimated value of $33 billion.[1] The global

---

[1] https://www.chargeflow.io/blog/chargeback-statistics-trends-costs-solutions

chargeback rate is estimated to be 0.60%.[2] It is commonly agreed in the card industry that an acceptable chargeback rate is below 1%. Businesses with chargeback rates lower than 1% are considered lower risk.[3] Chargeback rates vary significantly, by type of business and country. For example, the chargeback rate for travel businesses is 0.89%[3] and the chargeback rate for Mexico is 2.81%.[4]

### IV. Findings Regarding Chargebacks in Epoch Times-Related Merchant Accounts

I analyzed 381 monthly merchant statements from sixteen merchant accounts at two acquiring banks. Specifically, I analyzed two merchant accounts from the Bank of America and fourteen merchant accounts from JP Morgan Chase. I analyzed 88 monthly statements from Bank of America merchant accounts and 293 monthly statements from JP Morgan merchant accounts. The statements included card spending activity over 63 months, from January 2019 to March 2024.

During the 63-month period analyzed, there were 263,710 card transactions in the accounts with an average transaction amount of $504 for a total of $132,830,734. Within that same time period, there were 1,800 chargebacks with an average chargeback amount of $402, for a total of $723,560 in chargebacks, and $137,027 in reversals. The ratio of the total number of chargebacks to the total number of transactions was 0.68%. The ratio of the dollar amount of chargebacks to the dollar amount of the transactions was 0.54%. Approximately one-fifth of the dollar amount of chargebacks were reversed and credited back to the merchants.

### V. Opinion Regarding Chargebacks in Epoch Times Related Merchant Accounts

The number of chargebacks experienced in Epoch Times-related merchant accounts is within the norm of industry averages and does not suggest that the accounts suffered from a significant chargeback problem. The overall chargeback rate by number of transactions of 0.68%, for example, is just 0.08 percentage points above the estimated average global chargeback rate of 0.60% and significantly below the chargeback of rate which occurs in other types of businesses such as travel and in other countries such as Mexico. The chargebacks were also concentrated in just a few merchant accounts, suggesting that there was a specific cause that drove chargebacks that was not experienced in the accounts as a whole. One-third of chargebacks for example occurred in just one merchant account, and over three-quarters of the chargebacks occurred in just 5 of the 16 merchant accounts, suggesting a specific cause limited to these accounts.

---

[2] https://www.clearlypayments.com/blog/the-average-chargeback-rate/

[3] https://www.clearlypayments.com/blog/what-is-a-good-credit-card-chargeback-rate-for-merchants/

[4] https://www.clearlypayments.com/blog/chargeback-rate-by-country-in-payments/

Furthermore, chargebacks were concentered in a six-month time period from July 2020 to January 2021, again suggesting a specific cause limited to this time period. Notably, the chargeback rate typically fell to low levels in the months after it spiked, suggesting that Epoch Times management was able to take remedial actions to reduce chargeback rates after they increased.

### V. Reservation of Rights

I reserve the right to supplement my opinions in the event that additional information or arguments are provided to me or submitted in connection with this matter. I reserve the right to use graphics, figures and/or illustrations at trial to illustrate my conclusions herein.

*/s/ James B. Shanahan*

_____

James B. Shanahan

# SHANAHAN DISCLOSURE

# EXHIBIT A

**EXHIBIT A**

| Bank | Account # | Accountholder |
|---|---|---|
| BofA | ████ 4882 | The Epoch Times Association |
| BofA | ████ 7886 | Universal Communications Network |
| JPMC | ██ 6723 | New Tang Dynasty |
| JPMC | ██ 3182 | The Epoch Times Association |
| JPMC | ██ 9928 | Pyunkang.US |
| JPMC | ██ 4158 | Universal Communications Network |
| JPMC | ██ 5810 | The Epoch Times Association |
| JPMC | ██ 0848 | Golden Basin |
| JPMC | ██ 7527 | Epoch Times |
| JPMC | ██ 7830 | The Epoch Times |
| JPMC | ██ 7831 | The Epoch Times |
| JPMC | ██ 2206 | New Tang Dynasty |
| JPMC | ██ 3215 | The Epoch Times CH |
| JPMC | ██ 8456 | Community Service Coalition Org |
| JPMC | ██ 9708 | Epoch Public Foundation |
| JPMC | ██ 1797 | Puritang International |

# SHANAHAN DISCLOSURE

# EXHIBIT B

# James B. Shanahan

Jim has been a leader and innovator in the payments industry as an executive, consultant, entrepreneur, expert witness and national security advisor. Throughout his career he has driven significant change for companies he has worked for, advised and founded. His breadth of experience within the payment industry is exceptional, having worked on virtually every type of payment product for card networks, issuers, acquirers, processors, software providers and equipment manufacturers in 16 countries.

Jim is a Managing Partner  with Paygility Advisors, a boutique consultancy focusing on financial institutions, payments and FinTech headquartered in New York City. He has a TS level National Security Clearance from the U.S. government to advise government organizations on matters of national security related to electronic payments.

Previously Jim was CEO and Founder of Prepaidian, an issuer of general purpose reloadable prepaid debit cards which are marketed through affinity groups. Before starting Prepaidian, Jim was a Managing Director with Market Platform Dynamics a management consulting firm that helps payment companies find, ignite and monetize innovation.  Prior to that, Jim was the Founder and CEO of Maverick Network Solutions, a provider of advanced debit payment solutions that are processed on national card networks such as Visa, MasterCard and Star, including prepaid cards, private label de-coupled debit cards and closed loop payment solutions. Maverick was acquired by a top 10 fintech in 2011.

Jim was the SVP Card Products for Quantum Loyalty Systems where he developed and managed a prepaid card program for loyalty and promotion prepaid debit cards. Prior to that Jim was CEO of Card Alliance Network Company, the first third-party card processor in China. He was responsible for all aspects of establishing this de novo Chinese funded start-up including development of the business strategy, product line, platform, staffing, alliances, sales, and government relations.

Jim has worked for several industry leaders in the card business. He was Senior Vice President and General Manager with Bank of America, formerly MBNA, where he was a member of the Executive Committee and had P&L responsibility for five product lines including Merchant Acquiring, Business Cards, Deposits, Fee Services and Insurance. Prior to MBNA, Jim was Senior Vice President of Marketing for MasterCard International, where he was responsible for brand management for all MasterCard credit products and established five functional departments including Merchant Marketing, New Product Development, Co-branding, Card Promotions and Card Services. Jim also worked for JPMorgan Chase, formerly Chemical Bank, where he was Vice President of New Product Development for the Retail Branch division and American Express, where he worked in a variety of positions within the Card Marketing Department.

He was also the co-founder of Business Dynamics Consulting, where he was responsible for the completion of over 200 consulting projects for over 100 clients worldwide. The firm provided advisory services on strategic planning, new product development, M&A, marketing, risk management, operations and processing. BDC also served as the Subject Matter Expert on payments for IBM's Global Business Services consulting division.

Jim is a frequent speaker at industry conferences and is often quoted on industry developments and author of numerous articles. He was previously on the Board of Directors of the American Marketing Association, was Chairman of the AMA's Services Marketing Division, and established and managed MasterCard International's Commercial Card and Merchant Acquiring Committees.

He has a BA in Psychology from the University of Notre Dame and an MBA in Finance and Marketing from Columbia University.

# James B. Shanahan

**1960 Superfine Lane, Suite 82  Wilmington DE  ♦  302 528 9141**
Email: jamesbshanahan@me.com

## PROFILE

**Banking, Fintech and Payment industry thought leader and innovator with a solid track record of creating, implementing and managing a wide variety of payment products as an executive, consultant and entrepreneur for leading US and international companies in 16 countries.**

| | |
|---|---|
| *Strategic Leadership:* | Strong leadership skills with a unique ability to develop and implement new corporate and product business strategies and create the organizational support required for successful implementation. |
| *Sales Management :* | Skilled in all aspects of sales and relationship management with a particular focus on working with senior management of banks in the US and abroad. |
| *Product Development:* | Part of first new product department at American Express, managed new products for Chemical Bank, created new product department at MasterCard, consultant to start-ups and founder of two de-novo card companies. |
| *International Business:* | Managing, consulting and selling to companies in 16 countries including two years in Beijing, China as CEO of card processing company. TS (Top Secret) Security Clearance for working on national security issues related to payments. |

## PROFESSIONAL EXPERIENCE

**PAYGILITY**    New York, NY                                                    **2018  -  Present**
*Managing Partner*
Responsible for developing and managing high level strategic consulting projects in the payment industry for banks, fintechs and non-financial companies. (www.paygility.com)

**WHYFLY**    Wilmington, DE                                                    **2018  -  2021**
*Vice President Enterprise Business Development*
Responsible for helping businesses, non-profits apartments and condominiums meet their needs for high-speed low-cost internet and related services such as cameras, VoIP phones and access systems. (www.whyfly.com)

**PREPAIDIAN**    Wilmington DE                                                **2013 - 2018**
*Chief Executive Officer and Founder*
Issuer of general purpose reloadable prepaid debit cards processed on the Visa network and marketed through affinity groups. Partners include USA Volleyball, Jewish National Fund, Boys and Girls Club. .(www.prepaidian).

**MARKET PLATFORM DYNAMICS**    Chicago. IL                                   **2012 – 2013**
*Managing Director*
Responsible for developing and managing high level strategic consulting projects for payment industry leaders.

**MAVERICK NETWORK SOLUTIONS INC.**    Wilmington, DE                        **2006 -2011**
Chief Executive Officer and Founder
Raised over $3 million while leading the development, launch and management of de-novo fintech start-up providing advanced payment solutions including prepaid cards and gift cards. Developed proprietary software and processing platform, PCI Level I processor. Company acquired by Fiserv.

**QUANTUM LOYALTY SYSTEMS**    Lake Tahoe, NV                                **2004  -2006**
Senior Vice President, Card Products

Responsible for development, implementation and management of new prepaid promotions card for Fortune 500 consumer product companies. Obtained card processor and issuer, developed sales strategy,  marketing material and led sales es efforts to key clients.

**SHANAHAN & ASSOCIATES**    Landenberg, PA                                                                    **2003 – 2004**
*President*
Shanahan and Associates provided a wide range of customized consulting services within the financial services and card industry including strategic analysis, business plan development, marketing support, co-branded card development, merchant processing, loyalty marketing, new product development and expert witness testimony. Clients included PayPal, ING Direct, Sears & Roebuck, Credit Union One, ACS and Rainbow Rewards.

**CARD ALLIANCE NETWORK COMPANY**    Beijing, China                                                   **2001 - 2003**
*Chief Executive Officer*
Card Alliance Network Company was the first third party card processor established in the Peoples Republic of China. Responsible for all business functions of this de-novo start-up including finance, operations, marketing, legal and government relations. Selected accomplishments include the following:
- Developed the company's business strategy and established product line by analyzing bank practices, consumer needs and competitive offerings within a framework of government regulations and Chinese business practices.
- Led sales efforts to Chinese banks in order to launch the company in China by developing bi-lingual brochures, web-site and collateral materials and hiring and training Chinese sales force.
- Strengthened company offerings by creating strategic alliance with TSYS, a NYSE technology company.

**BUSINESS DYNAMICS CONSULTING, INC.**    Newark, DE                                              **1991-2001**
*Co-Founder and Managing Partner*
Established Business Dynamics as one of the most respected consulting firms in the card and payment industry. Business Dynamics supported a multitude of payment products including: credit cards, debit cards, corporate cards, purchasing cards, smart cards, ATM's, B2B, P2P, EBT, EDI, and ACH. As Managing Partner, oversaw the delivery of over 150 consulting deliverables including strategic planning, marketing support, new product development, risk management, fraud control, operations, and financial analysis.  Served over 100 clients, including banks, card issuers, card associations, electronic fund transfers organizations, merchant processors, card, ATM and, POS terminal manufacturers, software providers, and processors.

**BANK OF AMERICA (MBNA AMERICA)**   Wilmington, DE                                               **1988-1991**
*Senior Vice President and General Manager*
P&L responsibility for five business units representing over $20 million in revenues and 115 employees; Card Acquiring, Deposit Products, Commercial Cards, Fee Services and Insurance Products.
- Developed and implemented new strategic plan resulting in an overall increase in pre-tax profits of over 40%.
- Expanded Commercial Card business by enhancing product developing agent program for banks
- Expanded Card Acquiring business through acquisition of private label card issuer specializing in the medical category, increasing merchants by over 20%.

**MASTERCARD INTERNATIONAL**   New York, NY                                                             **1986-1988**
*Senior Vice President, Marketing*  (1987-88)
Responsible for product management and working with partner banks for all MasterCard credit products including Standard MasterCard, Gold MasterCard and BusinessCard. Managed five departments, including Card Services, Co-branding, New Product Development, Promotions and Merchant Relations.
- Improved product features and created new advertising campaign that resulted in Gold MasterCard becoming the #1 gold card in the United States, overtaking Visa and Amex.
- Improved image and awareness of the MasterCard brand by creating co-branding department and co-brand programs with four major sporting organizations; MLB, NBA, NHL and World Cup Soccer.
- Re-launched the MasterCard BusinessCard, established MasterCard's commercial card product line and developed first ever promotional interchange rate to encourage bank adoption.

*Vice President, Marketing*  **(**1986-1987)
Responsible for marketing of Standard and Gold Cards, including brand management and card services.
- Helped to establish MasterCard's co-branding strategy and regulations by working with issuers and co-branders to establish foundation for MasterCard's winning of market share form Visa in the early 1990's.

- Enhanced the value of the Gold Card by creating and launching MasterAssist™,first ever card network joint bank promotion  resulting in an increase in the number of Gold Card issuers.

**JP MORGAN CHASE  (Chemical Bank)**  New York, NY                                        **1983-1986**
*Vice President, New Product Development*
Responsible for developing new products for the Retail Branch Division of Chemical Bank, prior to merger with Chase Manhattan Bank. Product responsibilities included branch delivered products such as checking accounts, deposit products, and loan products. Select accomplishments include the following:

- Established a new bank-wide business process to support product development by working closely with branch management, operations, systems and finance, improving both the effectiveness of the  new product function.
- Introduced Select Banking™, an integrated banking account for affluent customers, a revised an upgraded mortgage product line and a branch based sales program for insurance products.

**AMERICAN EXPRESS COMPANY**  New York, NY                                        **1977-1983**
*Director, New Product Development*  (1981-83)
Responsible for research, development, testing and implementation of new services for Cardmembers. Select accomplishments include the following:

- Developed and implemented Expressphone™, a discount long distance phone service with MCI, resulting in more than 700,000 enrollees and over $5 million in incremental pre-tax profit annually.
- Developed and launched Gold Card Fitness Program™, a health club service for business travelers.

*Manager, Card Marketing*  **(**1978-1981)
Responsible for acquisition of new cardmembers through direct mail and take-one applications, with budget responsibility of over $5 million. Select accomplishments include the following:

*Assistant Manager, Card Marketing*  **(**1977-1978)
Responsible for acquisition of supplementary cardmembers and marketing analysis, with budget responsibility of over $1.5 million.

## PUBLICATIONS AND MEDIA

- Featured speaker at many card industry conferences, including the American Bankers Association Bank Card Conference and Faulkner and Grey's Credit Card Forum.
- Frequently quoted in newspapers and magazines including the Wall Street Journal, New York Times, Washington Post, Business Week, American Banker, Cards International, and Card Management.
- Wrote several articles for trade publications: *ATM Revolution Keeps Marching On*, American Banker; *Tips for Making the Most of Your Card Customers*, American Banker; *What Co-branders Are Looking for in a Bank Partner*, American Banker, *The Card Market in Ten Years Time*, Cards International, Lafferty Publications.

## AFFILIATIONS

- Past member, Board of Directors, NYPAY (www.nypay.org)
- Past member of the Board of Directors of the American Marketing Association
- Past Chairman of the Services Marketing Division of the American Marketing Association
- Established and chaired MasterCard's Commercial Card  Committee
- Established and chaired MasterCard's Merchant Acquiring Committee
- Executive Director of Brandywine River Restoration T
- President of 1960 Superfine Lane Condominium Association

## EDUCATION

**COLUMBIA UNIVERSITY GRADUATE SCHOOL OF BUSINESS ADMINISTRATION**                **1977**
*Master of Business Administration*

**UNIVERSITY OF NOTRE DAME**                                                        **1975**
*Bachelor of Arts*