# Exhibit D

## Why I Say I Was "Framed" by the Chinese Communist Party (CCP)

— An Open Letter to All Falun Gong Practitioners from Former Epoch Times CFO Bill Guan

Hello everyone, I am Guang Weidong (Bill Guan), the former Chief Financial Officer of The Epoch Times. You may have already seen media reports about the lawsuit filed against me (The Epoch Times) by the U.S. Department of Justice and may also know that this case is an important part of the CCP's "legal warfare" against Falun Gong. Since I am not allowed to disclose specific details about the case while on bail, I will respect my lawyer's advice and refrain from discussing the details of the case. (Public case information can be accessed at this link:  https://www.courtlistener.com/docket/68822863/united-states-V-guan/).  Today,  I want to clarify one key point: Why do I say that I was "framed" by the CCP?

### I.    I Am Innocent

First of all, many people may ask whether I committed any financial crimes or engaged in any legal "gray areas." I can say with absolute certainty, without any hesitation: I am innocent! I have committed no crimes!

From the very first time I read the indictment, I felt that it was nothing more than a ridiculous "frame-up," just like the false accusations against President Trump over the past four years. When I was searching for a lawyer, I consulted with three of New York's top law firms. After I explained the basic facts of the case, all of their lawyers unanimously believed that I was innocent and were willing to defend me. Additionally, a highly renowned U.S. law firm conducted an independent third-party investigation into my case over several months. After thoroughly examining all aspects of the case, their final investigation report concluded that not only am I completely innocent, but I am also a hero in the fight against the CCP.

### II.    What Are the Consequences If I Am Convicted?

1.  The indictment claims that I laundered $67 million for The Epoch Times. If I were to be convicted, this money would be considered "illicit proceeds" and would be confiscated, along with an additional penalty of one to two times the amount as a fine. In other words, if convicted, The Epoch Times could face over $200 million in fines. This astronomical financial burden would force The Epoch Times into bankruptcy and closure. Moreover, since The Epoch Times has also made donations to important Falun Gong projects like Shen Yun, this case could drag other Falun Gong projects into the crisis as well. That would be a catastrophe of unimaginable scale!

2.  World Organization to Investigate the Persecution of Falun Gong and The Epoch Times have recently reported that the CCP is actively searching for a breakthrough in its "legal

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059192.01_T

warfare" against Falun Gong. The CCP has been fabricating charges and using various means to bring lawsuits against me (The Epoch Times), Shen Yun, Ganjing World, and even our Master. However, none of these cases have resulted in a successful conviction because they are all baseless accusations and attempts at entrapment. This is why the CCP is now desperate to secure at least one conviction—to arrest some people and claim a major victory. If they succeed, a wave of intensified media propaganda and further lawsuits will follow. Can you imagine the scale of such a disaster? How many innocent lives would be affected? The CCP believes that if they can secure even a single conviction, they can drag the U.S. down with them. Their logic is: "If the U.S. convicts a Falun Gong practitioner, what right does it have to sanction us?" As stated in The Tribulation of the Fa (《法难》), "Would America still be America?" If that happens, it would not only be a disaster for the U.S. but for all of humanity.

Because I see the terrifying consequences of this case and understand the CCP's evil schemes, I absolutely cannot back down.

### III.    Methods of Entrapment

Why was I indicted despite being innocent? How did the CCP "frame" me? The indictment alleges that I laundered $67 million and personally profited by millions of dollars. However, the truth is that I have worked at The Epoch Times for over 20 years and remain impoverished. I do not own any private property in the U.S. or anywhere else. My most valuable possession is a used car worth only a few thousand dollars. When eight federal marshals raided my home, they spent over two hours turning everything upside down, only to find a few dozen dollars in cash in my wife's wallet. The police couldn't comprehend how the Chief Financial Officer of the fourth-largest newspaper group in the U.S.—someone they accused of being corrupt—could be this poor. I am extremely grateful to several compassionate Falun Gong practitioners outside the media industry who pooled together $3 million for my bail and paid a $250,000 deposit upfront to secure my release. Without their selfless help, I would still be suffering behind bars. Thank you for your generosity! However, what shocked me the most was when I was told that some fellow practitioners had informed me that the current senior management at The Epoch Times was furious. They claimed that the practitioners who bailed me out were "the worst people." It seems that some people want me to remain in jail, afraid that the truth might come to light.

Why Was I Indicted Despite Being Innocent? First, I was framed through reckless internal accusations by undercover agents within the media. The indictment states that certain so-called "practitioners" (actually agents) inside our media company began "reporting" me to law enforcement as early as 2020, accusing me of being involved in international money laundering. These accusations were made multiple times, which eventually caught the

attention of the U.S. Department of Justice. From recent media reports, I learned that as early as 2018, the top leadership of the CCP had devised a new plan to target overseas Falun Gong practitioners, primarily through media warfare and legal warfare. It is no coincidence that, starting in 2020, people within the media repeatedly reported me to the Department of Justice—this was clearly part of the CCP's broader strategy. As for why the DOJ ultimately decided to pursue this case, I believe there are two possible reasons: The Epoch Times was targeted because of its support for Trump and its refusal to back the radical left. As a result, it was labeled as "far-right" and scrutinized leading up to the election. A more likely reason is the CCP's infiltration of the U.S. justice system, which influenced the DOJ and led to the indictment. Caught between these internal and external pressures from the CCP, I was indicted despite being innocent. Their goal is to use me as an entry point to destroy The Epoch Times and other important projects. A well-connected individual with deep knowledge of the CCP's internal affairs directly told me that he had long been aware of the CCP's plan to prosecute me in order to bring down The Epoch Times.

Recently, prosecutors from the Southern District of New York have repeatedly tried to entice me with reduced sentencing in exchange for a guilty plea. But I am innocent—how could I possibly plead guilty? I want to make it absolutely clear to everyone: No matter the circumstances or pressure, I will stand firm on one demand—an unconditional dismissal of all charges! Restore my innocence!

### IV.    Who Is Using Every Means to Force Me to Plead Guilty?

After the lawsuit was filed, the U.S. judicial system has generally followed its standard legal procedures. For me, this does not create any real pressure because I am innocent, and clearing my name is only a matter of time. However, what has been truly shocking is the relentless pressure coming from within the media itself.

1.  At first, the media's senior management announced that I was being placed on "paid administrative leave" to cooperate with the investigation. However, before long, they stopped paying my salary, citing the expiration of my visa. The truth is that the former management team had already applied for a renewal of my long-term H-1B work visa well before the lawsuit was filed (in mid-May 2024) and had even paid all the necessary fees. However, when my visa expired in October 2024, it was not renewed. My lawyer was later informed by the current senior management that the renewal was not completed because they had "messed up the process." More recently, my lawyer told me that the media's leadership has also stated that The Epoch Times is financially struggling and is unsure how much longer they can continue covering my legal fees. As a result, I have suddenly found myself in a dire situation—without income, without legal status, and soon possibly without a lawyer. I have now personally experienced what it means to be financially cut off.

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

2.  The prosecutors from the Southern District of New York have repeatedly communicated with my lawyer, hoping I would plead guilty—but I have refused every time. Then, a Falun Gong practitioner told me that he knew a lawyer who had inquired with an insider at the Southern District Attorney's Office. That insider revealed that members of The Epoch Times' management had been in ongoing discussions with the prosecutors about negotiating a guilty plea and a reduced sentence for me. I was utterly shocked—how could the media's leadership be working towards having me plead guilty? Some practitioners also told me that within the media, there has been talk that as long as I "plead guilty," The Epoch Times and Shen Yun would be "freed" from trouble. I don't know whether this is ignorance or malice, but anyone with even a basic understanding of the law would know that such a move would have devastating consequences! The damage to Falun Gong projects would be irreversible. If I were convicted, can you imagine how the CCP-controlled media would exploit it? The propaganda machine would go into full force, launching an all-out smear campaign against Falun Gong. How many innocent people would be misled and harmed? And now, under such circumstances, the media's leadership is discussing how to secure my conviction? Isn't this playing right into the CCP's plan? At the very least, such actions are aligning with the CCP's objectives.

3.  Around mid-December 2024, a former senior media executive, someone I was once close to had a family member relay a message to me through a friend. The message was that a current executive at the media had approached him, asking him to persuade me to plead guilty. Because this person and I are well-acquainted, the media's leadership believed he could convince me to take the plea deal. This revelation left me utterly stunned. I had previously heard about the CCP's infiltration of Falun Gong-affiliated media, but I had never experienced it firsthand. Now, I can feel it clearly—The Epoch Times is in grave danger! In fact, multiple media outlets, including The Epoch Times and World Organization to Investigate the Persecution of Falun Gong, have recently reported that the CCP has mobilized all its embedded agents and high-level operatives inside the media, instructing them to deliver a "fatal blow" at this critical moment.

4.  While CCP operatives infiltrating the media are trying to force me into pleading guilty, they are also spreading various rumors to confuse practitioners and distort the truth. Worse still, they have been attempting to link the so-called charges against me to Shen Yun and even our Master, fabricating lies that claim my alleged "money laundering" was done under Master's instructions. I could not tolerate this any longer! On November 9, I posted a statement on social media platform X, declaring: "I am an upright person who does not engage in illegal activities and takes full responsibility for my actions. If you ever hear claims that I am shifting blame onto others, know that it is nothing more than a smear campaign by infiltrators. Please trust me."

The very next day, my lawyer asked me, "What did you say on social media? The media's CEO, Janice, is under a lot of pressure. She says you are insinuating that she is a CCP agent." I was baffled. I translated my post from X into English and showed it to my lawyer. I told him: "I never mentioned any names. Why does she think it refers to her? Why is she 'putting herself in the frame'?" The situation was honestly quite amusing.

5. Unlike the previous incident, the so-called Document Scandal was no laughing matter. On October 22, I posted the following statement on X, declaring my innocence: "I am the former CFO of The Epoch Times. The Department of Justice has wrongly charged me with a criminal offense. I am wholeheartedly defending my innocence, and I believe that through legal proceedings, I will be fully exonerated. While these charges have caused me great pain, I have lived my life with integrity, and I trust that justice will prevail."

The very next day, my lawyer confronted me angrily, saying: "Janice, the media's CEO, reported you. She claims she found a 'legal case document' at her doorstep, allegedly containing details of your case, and accused you of leaking case information. Why would you drop a case file at someone's doorstep and violate your bail terms?" I was completely dumbfounded and responded: I don't even know this new CEO personally. I have no idea where she lives—so how could I possibly place a document at her house? I am wearing an electronic ankle monitor, which means every movement I make is tracked by the court and the prosecutors.

If this so-called Document Scandal were truly my doing, it would constitute "witness tampering," which could result in my conviction based on obstruction of justice. Furthermore, it would be a direct violation of my bail terms, leading to my immediate re-arrest and imprisonment! The consequences would have been disastrous. Fortunately, after thorough investigations and multiple verifications with the prosecution, my lawyer was able to uncover clear evidence proving that I did not leak any documents. This allowed me to escape what could have been a devastating legal trap. But this entire incident left me deeply unsettled—why would she do this?

6. On January 20, Trump announced a list of pardons for individuals involved in cases related to January 6 and pledged to end the political weaponization of the Department of Justice. This news was incredibly uplifting for me, as I believed it signaled that my lawsuit (The Epoch Times lawsuit) would soon be dismissed. However, I then received an even more shocking piece of information. A fellow practitioner from the media informed me that during the election period, Trump's campaign team had actually approached The Epoch Times, expressing that they were willing to consider including my case (The Epoch Times lawsuit) in this round of pardons. This made perfect sense. From Trump's perspective, my case was clearly linked to The Epoch Times' support for him. To his team, it was obvious that I was being persecuted as part of a political attack against a media outlet that had

supported Trump. This was an incredible opportunity—a blessing from the heavens! Had the lawsuit been dismissed through a pardon on January 20, The Epoch Times would no longer have to endure this malicious attack, and it would have saved enormous legal expenses (reportedly over $1 million per month in lawyer fees). But what was absolutely unimaginable was that The Epoch Times CEO, Janice, rejected the offer. This infuriated me. By rejecting this chance for a pardon, The Epoch Times has now locked itself into a long, drawn-out legal battle—wasting massive amounts of resources meant for Falun Gong's mission. This lawsuit could now drag on indefinitely, bleeding the organization dry. It is becoming increasingly clear to me that someone is deliberately trying to drain The Epoch Times until it collapses. This series of events has awakened me to the seriousness of the situation.

7.  Recently, my lawyer informed me that individuals within The Epoch Times are actively and persistently searching for so-called "materials" related to my case to hand over to the prosecution. Hearing about their eagerness, I couldn't help but sigh—what exactly are they trying to do? On December 2, under Janice's direction, the management team found an old email in my company account—a conversation I had with a Vietnamese practitioner. In that email, I praised the Vietnamese team for their contributions to media donations, saying they had done an outstanding job. At one point, I mentioned: "I think Master would be very pleased." However, the media's leadership took this email, handed it over to the company's legal counsel, who then forwarded it to the prosecution—attempting to use it as "evidence" to implicate Master. Their argument? That my actions were all done under Master's instructions. They even claim to have a so-called recording of me that allegedly proves I was following Master's orders. What are these people trying to accomplish?

I cannot point fingers and outright label any media executive as an infiltrator because I lack direct evidence. However, there is one thing I am 100% certain of: some senior executives in our media are doing exactly what the CCP wants but cannot do themselves!

## V.    Who Is Covering Up the Truth?

It has been more than six months since I (The Epoch Times) was framed and indicted despite being innocent. Yet, the only media coverage on this case has come from ordinary outlets like The New York Times, which have solely pushed negative narratives. There has been no positive reporting. Practitioners are unaware of the truth because they have been forbidden from discussing it. This is highly suspicious.

I have also heard that some individuals within the media have been actively suppressing discussions in various settings and online groups. They have used all sorts of excuses to prevent fellow practitioners from exchanging thoughts on the lawsuit or learning the truth about the case and its hidden agenda. One media practitioner told me that a large internal

chat group with over 500 Epoch Times staff members was completely disbanded by management—just because some practitioners refused to comply with orders to stop discussing the lawsuit.

There is absolutely nothing about this lawsuit that cannot be openly discussed. Only those with evil intent fear exposure and truth. Look at President Trump—his lawsuits are being discussed worldwide. People are debating them on Facebook and X. So why is it that when it comes to a lawsuit that directly impacts our mission, we are being blocked from knowing the truth? This lawsuit is not just about me, Guan Weidong (Bill Guan). It concerns every single Falun Gong practitioner. Everyone has the right to know the truth. Everyone has a duty to protect Master and safeguard the Fa at this critical moment. Yet, some are trying to "cut ties" with me, as if I had committed some unforgivable crime. Even the DOJ's own indictment states that an indictment is merely an accusation, and unless proven guilty, the defendant is presumed innocent. If even the U.S. judicial system upholds the presumption of innocence, why are we the ones pushing the narrative of guilt? Why are we trying to force me to plead guilty?

Master has said before that The Epoch Times is "a media outlet run by Falun Gong practitioners." Our mission is to immediately end the CCP's persecution, expose the truth in the process, and save sentient beings. If the leaders of the media—whether knowingly or unknowingly—are carrying out the CCP's agenda, then they have absolutely no place in this organization. And they certainly cannot serve as leaders of this media. In a recent interview, Master stated that he has not been involved in the media's specific affairs for a long time. This means that the current interim CEO and Vice President were NOT appointed by Master. This is about being responsible for the entire media established by Falun Gong practitioners. Moreover, it has been said that these individuals have serious discrepancies in their backgrounds and work histories, possibly even involving fabricated credentials. The media is currently facing a monumental crisis—this is a battle between righteousness and evil! Every true Falun Gong practitioner has a duty and responsibility to step forward and safeguard Master and the Fa. We cannot allow these individuals to drive the media into destruction.

**Bill Guan (Guan Weidong)**
**A Falun Gong Practitioner**

**Final Note:**
I hereby make a special declaration: I am physically and mentally healthy, rational, and absolutely will never commit suicide. If any harm comes to me, it will undoubtedly be the result of CCP persecution.

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

# 为什么说我是被中共"构陷"的

### --大纪元前财务长Bill Guan致全体大法弟子的公开信

大家好，我是大纪元的前财务长关卫东(Bill Guan)。大家可能已经从媒体上看到了美国司法部对我（大纪元）的诉讼案，也知道了这个案件是中共对法轮功"法律战"的重要一部分。因为在保释期间不允许向外界透露具体案情，所以我尊重律师的建议，不谈论关于案件的细节情况（网上有公开的案情信息可查询 https://www.courtlistener.com/docket/68822863/united-states-v-guan/）。我今天要澄清的一个主题是：为什么说我是被中共"构陷"的。

## 一、我是无罪的

首先，很多人会问，我是否在财务上有犯罪行为，是否真的走了什么法律的"灰色地带"？我可以毫无顾虑的、百分之百肯定的告诉所有人：我是清白的！我是无罪的！

从第一遍看完起诉书，我就觉得这完全是一个可笑的"构陷"，如同这四年来对川普总统的构陷一样。我在寻找律师的时候，接触了三家纽约顶级的律师事务所，在我讲完基本案情后，他们的律师都一致认为我是无罪的，都愿意为我做无罪辩护。另外，现在美国一家非常著名的律师事务所的大律师，花了几个月的时间对我的案件做了第三方独立调查，调查了整个案件的全部情况，他们在最后调查结论的报告中说，我不仅是完全无罪的，而且是反共的英雄。

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059192

## 二、如果被定罪 后果是什么？

1、起诉书中说我为大纪元洗钱6700万美元。如果真被定罪，那这些钱就会被视为"非法所得"而被上缴，同时还会加上1～2倍的巨额罚款。也就是一旦被定罪，大纪元可能面临高达两亿多美元的罚金，大纪元会因为承担不了这巨额的罚款而破产关闭。而且，由于大纪元还有给神韵等重要大法项目捐款，这样就会把其他大法项目都牵扯进来，那将是一场巨难！

2、最近追查国际和大纪元都报道了，中共正在努力的寻找针对法轮功"法律战"的突破口。中共现在通过各种手段的构陷，起诉了我（大纪元）、神韵、干净世界，甚至起诉了师父，但是还没有一个被成功定罪的，因为都是栽赃陷害。所以中共正在急于促成为其中一个案件定罪，抓几个人，那样就是他们的巨大胜利。那紧接着，更多的舆论战、更多的诉讼案会接踵而来。那将是多大的灾难？那将毁掉多少众生？而且他们认为一旦一个案子被判有罪，那就可以把美国拉下水，因为你美国也判了法轮功学员有罪，那你还有什么资格制裁我？"美国还是美国吗？"（《法难》），那真是美国的灾难，也是全人类的灾难。

因为我看清了这些可怕后果，看清了中共的罪恶"勾当"，所以我绝不能退缩。

## 三、构陷手段

那么我为什么会被无罪起诉？中共是如何"构陷"我的呢？起诉书说我洗钱6700万美元并自己获利几百万美元。但实际情况是我在大纪元工作二十多年，一贫如洗。我在美国及任何其它地方都没有任何私人房产，最值钱的财产就是几千美金的一辆二手汽车。8名法警在我家搜查两个多小时，把家里翻了个底朝天，只从我太太的钱包里找到了几十美元的现金。警察无法想象

2

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059193

我这个美国第四大报业集团的财务总监、还是个所谓的"贪污犯"怎么能穷到如此地步。在此，我也非常感谢，几位不在媒体工作的热心的法轮功学员，以300万美元为我保释，并预付了25万美元定金，才将我这个"穷人"保释出来，免受牢狱之苦，谢谢你们的无私帮助！但是，最令人不可思议的是，有同修告诉我，现在大纪元媒体高层竟然大怒，说保释我的同修是最坏的人。看来是有人希望我呆在监狱里别出来，害怕真相曝光。

那么我为何会被无罪起诉？首先是媒体内部的"特务"毫无理智的举报构陷。起诉书中说，我们媒体内部"学员"（特务）在2020年就开始向司法机关"举报"我参与国际洗钱，而且还不止一次"举报"，引起司法部门的关注。最近我从新闻媒体的报道中看到，2018年开始，中共最高层就设计了一个针对海外法轮功迫害的新计划，主要是所谓的舆论战和法律战。所以2020年起，媒体内部有人不断向司法部举报，这应该不是偶然的，是在推行中共的计划。另外，为何司法部最后形成诉讼，我觉得可能有两个原因：一是大纪元因为支持川普，没有支持极左，而被贴上"极右"标签，所以在大选前被"盯上"了。另一方面更可能的原因是中共对美国司法部门的渗透，使司法部被诱导而发动了起诉。所以在中共的内外夹击下，我被无罪起诉了，它们企图以我为突破口，来摧毁大纪元和其它重要项目。有一位对中共内部非常了解的人士直接和我说，他很早就听说了，中共计划起诉我，来击垮大纪元。

最近，纽约南区检察官一直以减轻刑期为诱惑，希望可以换取我所谓的"认罪"。我本无罪，如何能认？我可以肯定的告诉所有人，任何情况、压力下，我都始终坚持一个诉求：无条件撤诉！还我清白！

**四、谁在不择手段逼迫我认罪？**

3

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059194

诉讼案发生后，美国的司法部门基本按照既定的法律流程在走，其实对我而言，这并没有什么压力，因为我是无罪的，洗脱罪名只是时间问题。但来自媒体内部的压力，却不断袭来，让人震惊。

1、媒体高层先是宣布我"停职留薪"配合调查，但没过多久，我就被以签证到期为由停发薪水。虽然前任媒体管理层已经在诉讼案发前（2024年5月中旬）为我申请了续签H1B长期工作签证，并且已经付好了费用。但2024年10月签证到期时却没有被续签，现任媒体高层告诉我的律师说，没续签的原因是媒体自己办理时给"搞砸了"。最近我的律师又和我说，媒体高层说媒体在不断失血，所以不知道还能为我付律师费多久。我一下子进入无收入、无身份的状态，还很可能即将进入无律师的状态。我亲身体验了"经济上截断"的滋味。

2、纽约南区检察官几次和我的律师沟通，希望我能认罪，被我拒绝。然后有个法轮功学员告诉我，他认识的一个律师，询问了纽约南区检察官办公室的内部人士，该内部人士说媒体的管理层在和检察官不断沟通，商讨让我认罪减刑的问题。这让我非常震惊，媒体的管理层竟然会让我"认罪"？也有学员和我说：媒体内部确实流传着一种说法，只要我"认罪"了，大纪元就解脱了、神韵就解脱了。我不知道这是"无知"还是"坏"？但凡有一点法律常识的人都不会这样说，后果将不堪设想，对大法项目是毁灭性的打击！而且一旦我被定罪，大家可以想象，中共的媒体会如何炒作？肯定会铺天盖地的抹黑大法，多少众生被毁？！在这样的大背景下，媒体的管理层竟然在沟通"怎么给我定罪"？这不是在"执行"中共的计划吗？最起码这样的做法也是符合了中共的需求吧？

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059195

3、大约2024年12月中旬，一位和我熟悉的原媒体高管的家人托朋友告诉我，现媒体的某高管找到他，希望他出面劝我"认罪"。因为我们很熟悉，所以媒体高层希望此人能说服我认罪。也就是说，现任媒体高层在通过各种压力让我"认罪"。这让我感到非常的不可思议，以前我只是听说中共在渗透大法弟子办的媒体，但是没有切身的体会，现在我实实在在的感受到，媒体"危在旦夕"！其实，大纪元、追查国际等多个媒体最近都报道了，中共启动了所有渗透到媒体的"特情人员"、"高级特务"，让他们在关键时刻发出"致命一击"。

4、中共潜伏在媒体中的特务一边逼我认罪，一边制造出各种谣言扰乱学员、歪曲视听，并且它们把所谓的罪名不断向神韵和师父那里引申，甚至造谣说什么我"洗钱"是师父让干的。这让我忍无可忍！我11月9日在自媒体X平台上发帖声明说："我为人光明磊落，不做违法的事、有担当。我对我做的事负全部责任。如果你们听到我向外推卸责任，这一定是特务在造谣。请大家相信我。"

结果第二天，我的律师就问我："你在社交媒体上说了什么？让媒体的总裁Janice 压力很大，她说，你在暗指她是特务。"我很纳闷，就把这个在X上发的中文帖子，翻译给我的律师看。我和我律师说：我没有点任何人的名字，为什么她会自己"对号入座"？说我在暗指她是特务呢？这真的很好笑。

5、但是对于"文件门"这件事，我就不觉得好笑了。我10月22日在X平台上发表《我是无罪的》的声明："我是大纪元时报的前财务长。司法部错误地指控我刑事犯罪。 我全心全意地维护自己的清白，并相信透过法庭诉讼，我将被无罪释放。 虽然这些指控令我极其痛苦，但我一生光明磊落，我相信正义将会得到伸张。"

5

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059196

第二天我的律师就质问我：媒体总裁Janice说在她的家门口，捡到了我的一个"案情陈述"文件，并举报了我，说我泄漏了"案情"。律师责问我，你为什么要去别人家门口扔文件泄漏案情？我告诉我的律师，我对此事一无所知：一、新来的总裁我根本不认识她；二、我更不知道她住在哪里，我怎么到她家去放文件资料？三、我脚上戴有电子脚镣，我去哪儿法庭、检方都知道。

如果这个"文件门"事件真的是我做的，那就会涉及"非法串供罪"，那么这个诉讼可能就会因"串供"而被定罪；其二，我也会因违反保释条例被取消"保释"会把我再度收监！那后果将非常严重。幸好律师出于对我的保护，经过反复调查和向检方查证，最终发现了证据，证明文件不是我泄漏出去的，因此度过了一劫。但这件事情让我细思极恐，她为什么要这么做？

6、1月20号，川普宣布特赦一批和1月6号案件有关的个人，并承诺司法部不再"武器化"，这让我很振奋，我相信针对我（大纪元）的诉讼案一定会很快的撤销。但是与此同时我又得到了一个更令我震惊的消息，媒体的一个同修说，川普的竞选团队在大选期间曾经找过我们的媒体，说可以考虑把我（大纪元）的诉讼案列入这次"赦免"的名单。这是一个顺理成章的事情，因为在川普团队的眼里，我的诉讼案应该和我们媒体支持川普而被陷害有关。同时，这是一件多么大的好事啊，我们的媒体从1月20号开始就不用再被这邪恶的案件缠身了，而且可以节省巨额律师费（据说一个月就有100多万美元）。但是，让人无法想象的是，我们媒体的负责人Janice居然拒绝了。这让我非常的愤怒。媒体失去了这个"赦免"的机会，以后几乎不可能再有这个机会了，就得在官司上长时间消耗下去，那将浪费多少大法资源啊！看来有人想让我们媒体因流血过多而死。这一系列事件让我越来越清醒地看到了问题的严重性。

6

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059197

7、我的律师最近告诉我，媒体内部还在主动的、不断寻找和我案情有关的所谓"材料"，提供给检方。我听到他们如此"积极"，不禁叹息，你们究竟想干什么？ 12月2日，Janice指使管理层找到了我在公司邮件里的一封和越南学员的对话，其中我赞扬了越南参与给媒体捐款的团队，说他们工作出色。其中有一句话是说"我想师父知道会很高兴"。然而媒体管理层却把这封信交给了公司律师并转交给了检方，以此为凭证把祸水引到师父身上，意思是我做的这些事情都是师父指示的。据他们说还有一段我的所谓录音能证明我的所作所为都是受师父指使的。 这些人居心何在？！

我无法去指认任何一个媒体的负责人是特务。因为我没有直接的证据。但是有一点，我百分之百地相信，我们媒体的部分高层负责人是在做中共想要做而做不来的事情！

**五、谁在掩盖真相**

我（大纪元）被构陷、无罪起诉这件事情，已经过去大半年了。但是只有常人媒体（纽约时报）等一言堂的负面报导，而没有任何正面的报导 ，学员们都不知道真相，被禁止谈论此事，这很奇怪。

我也听说，当下媒体内部一些人，不断的在各种场合、群组中煽动，以各种理由阻止同修们在法上交流、讨论有关媒体被起诉的事情，阻止大家了解媒体诉讼案的真相和背后隐藏的阴谋。有媒体学员告诉我，大纪元内部五百多人的交流群被管理层解散了，因为有学员不听警告，交流了媒体起诉案相关的话题。

7

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059198

其实这些所谓的诉讼没什么不能谈论的，只有邪恶才害怕曝光，才会掩盖、害怕人知道真相。川普的好几个诉讼案全世界都在谈论，脸书、X平台都在议论，而与我们自身息息相关的重大事件，为什么就不能知道真相呢？可以说，这个栽赃的诉讼案，不只是我关卫东一个人的事情，每一位大法弟子都在其中，都有权知道真相，在关键时刻护师护法！还有人讲什么切割，好像我真的犯了什么十恶不赦的大罪似的。那司法部起诉的文件里也清清楚楚的写着"起诉书中说的仅仅是指控，除非被证明有罪，否则被告被推定为无罪。"人家都没说我有罪，我们为什么自己老要认罪？！而且逼着我认罪？！

师父曾说过：（大纪元）"是大法弟子办的媒体"。我们的使命是让中共立即停止迫害，过程中讲清真相，救度众生。如果媒体的负责人，不管是有意的、无意的，在做着中共要做的事情，那这样的人绝对不能在媒体当中，更不能充当媒体的负责人。尊敬的师父在最近接受的采访中说，很久都没有管媒体中的具体事务了，所以这个临时总裁、副总裁也不是师父任命的。这是为整个大法弟子办的媒体负责！而且据说其人身份、工作简历还涉嫌严重造假。当下媒体面临着巨难，是正邪大战的关键时刻！所有的真修大法弟子都有责任、有使命站出来护师护法，不能让其把媒体引向深渊。

大法弟子 关卫东Bill Guan

**附注：**

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059199

在此我特别声明，本人身心健康，思维理性，绝不会自杀。如果出现任何意外，必定是中共迫害所致。

9

Confidential Rule 6(e) Material
FOIA Confidential Treatment Requested

EpochTimes_SDNY_00059200