UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

     -against-                               No. 24-cr-0322 (VM)

WEIDONG GUAN and LE VAN HUNG,        **NOTICE OF MOTION**

        Defendants.
--------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Timothy C. Parlatore, Esq., with exhibits attached thereto, Defendant Le Van Hung, by and through his undersigned counsel, hereby moves this Court for an order:

1. Conducting an evidentiary hearing to determine whether any member of the prosecution team gained insight into the defendant's privileged communications with counsel, his state of mind, or his defense strategy;

2. Directing the Government to produce, in advance of the hearing, all internal communications between the filter team and the trial team, all internal communications within the trial team regarding the privileged materials, the complete filter team protocol, all screening logs and records, the identity of all filter team members, the identity of the unnamed prosecution team member who reviewed the Non-Screened Documents, and disclosure of any use of AI-assisted translation or other technology to assess the content of the documents;

3. Directing the immediate clawback of all Assertedly Privileged Documents from co-defendant Guan's counsel, with sworn certifications that no copies have been retained, no translations or summaries have been made by any means, and no derived information has been communicated;

1

4. Requiring sworn certifications from every member of the prosecution and investigative teams regarding their handling of the Assertedly Privileged Documents, including whether any AI-assisted translation or other technology was used;

5. Directing the Government to disclose the scope of its remaining discovery processing;

6. In the alternative, disqualifying the prosecution team or dismissing the indictment if the hearing reveals that the privilege intrusion has irreparably compromised the defense; and

7. Granting such other and further relief as this Court deems just and proper.

Dated: June 15, 2026

Respectfully submitted,

Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
*Attorneys for Defendant Le Van Hung*
260 Madison Ave., 17th Floor
New York, New York 10016
(212) 679-6312

2