UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

     -against-                            No. 24-cr-0322 (VM)

WEIDONG GUAN and LE VAN HUNG,           **NOTICE OF MOTION**


     Defendants.
--------------------------------------------------------X

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Le Van Hung's Motion for Classified-Materials Review Under CIPA § 4, together with Exhibits A through D attached thereto, Defendant Le Van Hung, by and through his attorneys, Parlatore Law Group, LLP, hereby moves this Court, pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III § 4, Federal Rule of Criminal Procedure 16, and this Court's inherent supervisory authority, for an order:

(1) Directing the Government to search existing classified holdings through appropriate DOJ and NSD channels for materials in the following categories, prioritized as follows:

(a) materials bearing on the provenance, authorship, or authenticity of the August 2020 complaint letter, including any counterintelligence investigation of whether the letter was fabricated or seeded through CCP-linked channels;

(b) materials bearing on CCP fabrication of complaints against Falun Gong entities generally;

(c) materials bearing on CCP-linked criminal organizations operating in the gift card fraud space, including any materials identifying the specific sellers or networks that placed gift cards on the Paxful platform;

(d) any counterintelligence assessment, review, or analysis conducted with respect to this case; and

1

(e) materials bearing on CCP transnational repression operations in Vietnam targeting Falun Gong practitioners, to the extent the Government relies on Mr. Hung's operational security measures as evidence of criminal intent;

(2) Directing the Government to submit responsive materials, or a classified declaration describing the results of its search, for in camera judicial review under CIPA § 4;

(3) Directing the Government to confirm whether the National Security Division's Counterintelligence and Export Control Section was consulted before the Government responded to the defense's CIPA letters, and whether a counterintelligence assessment of this case has been conducted; and

(4) Scheduling oral argument on this motion at the Court's earliest convenience.

Dated: June 15, 2026

Respectfully submitted,

Timothy C. Parlatore
Parlatore Law Group, LLP
*Attorneys for Defendant Le Van Hung*
260 Madison Ave., 17th Floor
New York, New York 10016
(212) 679-6312
timothy.parlatore@parlatorelawgroup.com

2