

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 29, 2026

**BY ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Le Van Hung*, S3 24 Cr. 322 (VM)

Dear Judge Marrero:

The Government respectfully requests that the Court: (i) cancel, in light of recent developments, the proceeding scheduled for July 2, 2026, concerning prior plea offers made to defendant Le Van Hung; and (ii) accept Hung's guilty plea entered earlier today before the Honorable Stewart D. Aaron, United States Magistrate Judge for the Southern District of New York, and schedule Hung's sentencing for a date and time that is convenient for the Court on or after September 29, 2026.

At the June 23, 2026 pretrial conference, the Court engaged in a colloquy regarding two written plea offers previously extended to Hung: one plea offer on June 3, 2025, and a revised plea offer on June 16, 2025. (*See United States v. Weidong Guan, et al.*, 24 Cr. 322 (VM), June 23, 2026 Docket Entry; Tr. 6).[1] At the conference, the Government explained that the first of those plea offers contemplated a guilty plea to a single count of conspiracy to commit money laundering, in violation of Title 18 U.S.C. § 371, and that the second, revised plea offer contemplated a guilty plea to a single count of conspiracy to commit identity theft, also in violation of 18 U.S.C. § 371. (Tr. 6). As the Government noted at the pretrial conference, Hung had rejected both plea offers and, at the time of the conference, both plea offers had expired. (*Id.*). Following a discussion regarding Hung's rejection of those plea offers, the Court scheduled a proceeding as to that issue for July 2, 2026.

Following the June 23, 2026 pretrial conference, the Government re-extended both prior plea offers by conveying two proposed plea agreements to Hung, the first of which corresponded substantively to the June 3, 2025 plea offer and the second of which corresponded substantively to the June 16, 2025 revised plea offer (the "Operative Plea Agreement").

---

[1] The transcript of the June 23, 2026 pretrial conference is attached hereto as Exhibit A and referred to herein as "Tr." The prior plea offers (*i.e.*, the June 3, 3025 plea offer and the June 16, 2025 plea offer) are attached hereto as Exhibits B and C, respectively.

Honorable Victor Marrero
June 29, 2026
Page 2

Earlier today, on June 29, 2026, in a proceeding before Judge Aaron, Hung: waived indictment; consented to the filing of a Superseding Information, S3 24 Cr. 322 (VM), charging him with a single count of conspiracy to commit identity theft, in violation of 18 U.S.C. § 371; and pleaded guilty to that Superseding Information's sole count, pursuant to the Operative Plea Agreement. At the conclusion of the proceeding, Judge Aaron recommended that this Court accept Hung's guilty plea. A transcript of today's proceeding before Judge Aaron and the Operative Plea Agreement are attached as Exhibits D and E to this letter, respectively.

In light of the foregoing, the Government respectfully requests that this Court: (i) cancel the July 2, 2026 conference; and (ii) accept Hung's plea of guilty and schedule Hung's sentencing for a date and time on or after September 29, 2026, that is convenient for the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    s/_____
Benjamin M. Burkett
Rebecca T. Dell
Paul M. Monteleoni
Amanda C. Weingarten
Assistant United States Attorneys
(212) 637-2455/2198/2219/2257

Enclosures

cc:    (by ECF)
Counsel of Record