

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 17, 2026

**BY ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Le Van Hung*, S3 24 Cr. 322 (VM)

Dear Judge Marrero:

The Government respectfully writes in the above-captioned matter to respectfully request that the Court enter the attached consent preliminary order of forfeiture as to defendant Le Van Hung. This forfeiture order was executed by the parties as of the time of Hung's plea in Magistrates Court on June 29, 2026, with the charging and plea dates on pages 1 and 2 subsequently filled in. The Government respectfully requests that it be entered in advance of

sentencing, consistent with the entry of co-defendant Weidong Guan's corresponding order (Dkt. 206), and with Rule 32.2. *See* Fed. R. Crim. P. 32.2(b)(1)(A), (b)(2).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  s/ Paul M. Monteleoni
Benjamin M. Burkett
Rebecca T. Dell
Paul M. Monteleoni
Amanda C. Weingarten
Assistant United States Attorneys
(212) 637-2455/2198/2219/2257

Enclosure

cc:  (by ECF)
Counsel of Record