USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

LEE VAN HUNG

Defendant.

**24 Cr. 322 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Sentencing in this matter is hereby adjourned to Thursday, December 10, 2026 at 1:00 pm, due to changes in the availability of an interpreter and the Court's calendar.

**SO ORDERED.**

Dated: 30 October 2026
New York, New York

Victor Marrero
U.S.D.J.